# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-58683 ERW  
**Case Name:** NINO DE RIVERA, MARIA ELSA  

**Period Ending:** 12/05/08

**Trustee:** (330260)  ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 02/28/06  
**Claims Bar Date:** 08/30/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | WEARING APPAREL AND JEWELRY | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | SEXUAL HARASSMENT LAWSUIT VS. EMPLOYER | 0.00 | 0.00 | | 25,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 43.88 | Unknown |
| 4 | **Assets**   Totals  (Excluding unknown values) | **$800.00** | **$0.00** | | **$25,043.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

    SPECIAL COUNSEL HAS BEEN RETAINED TO PURSUE SEXUAL HARRASSMENT SUIT AGAINST EMPLOYER. SETTLEMENT LANGUAGE BEING NEGOTIATED.

    PREPARATION OF TAX RETURNS AND PROMPT DETERMINATION LETTERS.

    PREPARATION OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):** March 31, 2008      **Current Projected Date Of Final Report (TFR):** May 31, 2008