**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| NINO DE RIVERA, MARIA ELSA | ) | |
| | ) | CASE NO. 05-58683 ERW |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:   U.S. BANKRUPTCY COURT
> 219 S. Dearborn, Courtroom 744
> Chicago, Illinois 60604
>
> on:   **January 13, 2009**
> at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                               $         25,033.54

   b. Disbursements                          $         11,250.00

   c. Net Cash Available for Distribution    $         13,783.54

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee Alex D. Moglia | $ 0.00 | $ 2,602.68 | $ |
| Trustee Alex D. Moglia | $ 0.00 | $ | $ 26.24 |
| Trustee's Accountant – Popowcer | $ 0.00 | $ 700.00 | $ |

Katten, Ltd.
Trustee's Attorney – DiMonte & Lizak          $          0.00     $     9,330.65     $
Special Counsel – Tristan & Gonzalez                      11,250.00

5.     In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.     Claims of general unsecured creditors totaling $4,202.54, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 26.75%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Arrow Financial Services LLC | $ 841.97 | $ 225.19 |
| 2 | Kohl's Department Store | $ 130.90 | $ 35.01 |
| 3 | LVNV Funding LLC its successors and assigns | $ 1,022.20 | $ 273.39 |
| 4 | Resurgence Financial | $ 2,207.47 | $ 590.38 |

7.     Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.     Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing: household goods and furnishings with a scheduled value of $500.00 and subject to the debtor's exemption, and wearing apparel and jewelry with a scheduled value of $300.00, also subject to the debtor's exemption.

Dated: **December 19, 2008**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: amcc7                Page 1 of 1                Date Rcvd: Dec 19, 2008
Case: 05-58683                  Form ID: pdf002            Total Served: 28

The following entities were served by first class mail on Dec 21, 2008.
 db          +Maria Elsa Nino De Rivera,   3238 W Eastwood; #1,   Chicago, IL 60625-4413
 aty         +Abraham Brustein, ESQ,   Dimonte & Lizak, LLC,   216 W. Higgins Road,   Park Ridge, IL 60068-5706
 aty         +Bruce E de'Medici,   333 W. Wacker Drive,   #300,   Chicago, IL 60606-1252
 aty         +Ira P Goldberg,   DiMonte & Lizak, LLC,   216 Higgins Road,   Park Ridge, IL 60068-5706
 aty         +Irwin L Zalutsky,   Zalutsky & Pinski Ltd,   20 N Clark St,   Suite 600,   Chicago, IL 60602-4184
 tr          +Alex D Moglia, ESQ,   Moglia Advisors,   1325 Remington Rd, Ste H,   Schaumburg, IL 60173-4815
10585195      Arrow Financial Services LLC,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
10318741     +Aruthue Corrales, EQ,   PO BOX 6340,   Clearwater, FL 33758-6340
10318742      Capital One,   Acct # xxxxxxxxxxxx2259,   P.O. Box 85167,   Richmond, VA 23276-0001
10318743      Chase Manhattan Bank,   Acct # xxxx-xxxx-xxxx-6948,   PO Box 52195,   Phoenix, AZ 85072-2195
10318746     +FMA Alliance,   P.O. Box 2409,   Houston, TX 77252-2409
10318744     +Filenes,   Acct # xxxxxxxxxxxx4295,   C/O Credit Recovery,   26 Edwards Street,
               Arcade, NY 14009-1012
10318745      First USA,   Acct # Rxx3440,   P.O. Box 740085,   Atlanta, GA 30374-0085
10318747     +HSBC/Best Buy,   Acct # xxxxxxxxxxxx2680,   PO Box 6985,   Bridgewater, NJ 08807-0985
10318748     +JC Christenson & Associates,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
10786298     +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
10318749     +Kohls,   Acct # GH7402,   P.O. Box 359,   Milwaukee, WI 53201-0359
10318750     +Law Office of Mitchell N. Kay,   11 S. LaSalle St.,   Suite 1900,   Chicago, IL 60603-1300
10318751      May Department Store,   Acct # xxxxx7387,   111 Boulderland Dr,   Bridgeton, MO 63044
10318752      Naciona City Bank,   Acct # xxxxxxxx (Axxxxxxxx-xxxx9016),   3000 Corporate,   Columbus, OH 43231
10318753     +Redline Recovery Services,   2350 North Forest Road Suite 31B,   Getzville, NY 14068-1398
10318754     +Resurgence Financial,   4100 Commercial Ave,   Northbrook, IL 60062-1833
10318755     +SBC Ameritech,   Acct # xxxxxxxx6753,   Law Department, Suite 27A,   225 W. Randolph St.,
               Chicago, IL 60606-1838
10318756     +T-Mobile,   Acct # xxxxx1493,   PO BOX 742596,   Cincinnati, OH 45274-2596
10318757     +Walmart,   P.O. Box 536928,   Atlanta, GA 30353-6928
10318758     +Wolpoff & Abramson, L.L.P.,   2 Irvington Centre,   702 King Farm Blvd.,
               Rockville, MD 20850-5774
The following entities were served by electronic transmission on Dec 20, 2008.
10795668      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,   as assignee of Resurgent Captl Svcs/Tran,
               c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
10795666      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,   c/o Resurgent Capital Services,   PO Box 10587,
               Greenville, SC  29603-0587
                                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Homero Tristan,   Tristan & Gonzalez LLC
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**        **Signature:** *Joseph Speetjens*